

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:05-CR- |
| | § | |
| DOUGLAS SOVEREIGN SMITH, JR. | § | 4-05CR-040-Y |

## INFORMATION

The United States Attorney Charges:

### COUNT 1
Receipt and Distribution of Child Pornography
[18 U.S.C. §§ 2252A (a)(2)(A) & (b)(1), and 3583(k)]

On or about February 22, 2005, in the Fort Worth Division of the Northern District of Texas, the defendant, **Douglas Sovereign Smith, Jr.**, knowingly received and distributed images of child pornography that had been transported in interstate and foreign commerce through the internet and by computer, specifically, computer images which contained photographs of minors engaging in sexually explicit conduct, including the lascivious exhibition of the genitals, oral-genital intercourse, and genital-genital intercourse.

Indictment - Page 1

In violation of 18 U.S.C. §§ 2252A (a)(2)(A) & (b)(1), and 3583(k).

RICHARD B. ROPER
UNITED STATES ATTORNEY

BRET HELMER
Assistant United States Attorney
Texas Bar No. 00793931
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Tel: 817.252.5435
Fax: 817.978.3094

Indictment - Page 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

   Juvenile: ☐ Yes  X No

   Matter to be sealed:

   ☐ Yes   X No

   **Related Case Information**

   Superseding Information: ☐ Yes  X No   New Defendant: X Yes ☐ No

   Pending CR case in NDTX: ☐ Yes  X No   If Yes, CR number:

   Search Warrant Case Number:

   Rule 20 from District of:

   Magistrate Case Number:

   Defendant Name: Douglas Sovereign Smith, Jr.

   Alias Name:

   Address:

   **4-05CR-040-Y**

   County in which offense was committed: TARRANT

2. **U.S. Attorney Information**

   AUSA: BRET E. HELMER    Bar # 00793931

3. **Interpreter**

   ☐ Yes  X No   If Yes, list language and/or dialect:

4. **Location Status**

   Defendant Arrested: ☐ Yes  X No    Warrant to Issue: ☐ Yes  X No

   Arrest Date:

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total Number of Counts as to This Defendant: 1   ☐ Petty   ☐ Misdemeanor   X Felony

   **District Court Case Number** (To be filled in by deputy clerk): _____

| Citation | Description of Offense Charged | |
|---|---|---|
| 18 USC § 2252A(a)(2)(A) & (b)(1), & 3583(k) | Receipt and Distribution of Child Pornography | 1 |

**Count(s)**

Date: 3-21-05                                    Signature of AUSA: [signature]

(Stamp: 2005 MAR 21 AM 11:22 CLERK OF COURT)